UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIO J. SEGRETI,** ) | |
|     Plaintiff, ) | CASE NO. <u>1:07-cv-00287-RBW</u> |
| ) | |
| vs. ) | |
| ) | |
| **A. MARK CHRISTOPHER, et al.** ) | |
|     Defendant. ) | |

### CONSENT MOTION TO LATE FILE OPPOSITION

Plaintiff Mario J. Segreti, by and through his counsel, moves this Court to grant Plaintiff leave to late file his Opposition to Defendant's Motion to Dismiss Amended Complaint pursuant to Fed.R.Civ.P. Rule 6(b). Plaintiff will file his opposition on Friday, May 18, 2007. The grounds in support of this Motion are set forth more fully in the accompanying Memorandum in Support.

Undersigned counsel spoke with counsel for the Defendants. Counsel for Defendants consents to this motion.

Dated: May 17, 2007                    RESPECTFULLY SUBMITTED,

/s/ Ashley E. Wiggins
_____
Ashley E. Wiggins, D.C. Bar No. 481557
Mark G. Griffin, D.C. Bar No. 198978
Griffin & Murphy, LLP
1912 Sunderland Place NW
Washington, DC 20036
(202) 429-9000
(202) 232-7365 Facsimile
*Co-Counsel for the Plaintiff*

/s/ J. Gordon Forester, Jr.

                                                    _____
                                                    J. Gordon Forester, Jr., D.C. Bar No. 4474
                                                    Law Offices of J. Gordon Forester, Jr.
                                                    1912 Sunderland Place NW
                                                    Washington, DC 20036
                                                    (202) 293-3353
                                                    *Co-Counsel for the Plaintiff*

## **CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on this 17th day of May 2007, a true and exact copy of the foregoing Consent Motion for Leave to Late File and Memorandum in Support were served by ECF upon:

J. Jonathan Schraub, Esquire
George O. Peterson, Esquire
SANDS ANDERSON MARKS & MILLER
1497 Chain Bridge Road
Suite 202
McLean, Virginia 22101

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARIO J. SEGRETI,** | ) |
|     Plaintiff, | ) |
| | ) CASE NO. <u>1:07-cv-00287-RBW</u> |
| vs. | ) |
| | ) |
| **A. MARK CHRISTOPHER, et al.** | ) |
|     Defendant. | ) |

**MEMORANDUM IN SUPPORT OF CONSENT MOTION TO LATE FILE**
**OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Mario J. Segreti, by and through his counsel, files this Memorandum in Support of his Motion to Late File his opposition to the Defendant's Motion to Dismiss, and pursuant to Fed.R.Civ.P. 6(b), states as follows:

<u>Argument</u>

Under Fed.R.Civ.P. 6(b), the Court for cause shown may in its discretion upon the motion made after the expiration of the specified period permit the act to be done where the failure was the result of excusable neglect. Defendants timely filed their Motion to Dismiss the Amended Complaint on April 30, 2007. Counsel for Plaintiff inadvertently miscalculated the date on which the opposition was due which was Monday, May 14, 2007. Plaintiff will file his opposition on Friday, May 18, 2007.

The equitable inquiry standard for a showing of excusable neglect should rest on: 1) the danger of prejudice to the opposing party; 2) the length of the delay and its potential impact on judicial proceedings; 3) the reason for the delay; and 4) whether the movant was acting in good faith. See <u>Yesudian, ex rel. U.S. v. Howard University</u>, 270 F.3d 969, 971, 348 U.S. App.D.C. 145, 146 (2001). The late filing of Plaintiff's opposition does not prejudice Defendants. Defendants' counsel has consented to this motion. The length of the delay is minimal, less than

one week. The reason for the delay is excusable and there is no suggestion of bad faith.

## Conclusion

For the foregoing reasons, Plaintiff, with consent of the Defendants, respectfully requests that this Court grant him leave to late file his opposition to Defendant's Motion to Dismiss.

Dated: May 17, 2007                                  RESPECTFULLY SUBMITTED,

/s/ Ashley E. Wiggins
_____
Ashley E. Wiggins, D.C. Bar No. 481557
Mark G. Griffin, D.C. Bar No. 198978
Griffin & Murphy, LLP
1912 Sunderland Place NW
Washington, DC 20036
(202) 429-9000
(202) 232-7365 Facsimile
*Co-Counsel for the Plaintiff*

/s/ J. Gordon Forester, Jr.
_____
J. Gordon Forester, Jr., D.C. Bar No. 4474
Law Offices of J. Gordon Forester, Jr.
1912 Sunderland Place NW
Washington, DC 20036
(202) 293-3353
*Co-Counsel for the Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIO J. SEGRETI,** )<br>    Plaintiff,           ) CASE NO. <u>1:07-cv-00287-RBW</u><br>                              )<br>vs.                          )<br>                              )<br>**A. MARK CHRISTOPHER, et al.** )<br>    Defendant.          ) | |

_____

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion to Late File his opposition to Defendants' Motion to Dismiss, and Defendants' consent thereto, it is this ___ day of _____, 2007,

ORDERED that the Motion is granted and Plaintiff has leave of court to late file his opposition to Defendant's Motion to Dismiss on May 18, 2007.

_____
Judge Reggie B. Walton,
United States District Court for the
District of Columbia