UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIO J. SEGRETI,** | ) |
|     Plaintiff, | ) CASE NO. <u>1:07-cv-00287-RBW</u> |
| | ) |
| vs. | ) |
| | ) |
| **A. MARK CHRISTOPHER, et al.** | ) |
|     Defendant. | ) |

## NOTICE OF WITHDRAWAL

To the Clerk of this Court and all parties of record:

    Please enter the withdrawal of J. Gordon Forester, Jr., as co-counsel in this case for Plaintiff Mario J. Segreti. Plaintiff hereby consents to this withdrawal and continues to be represented by Ashley E. Wiggins, Mark G. Griffin, and Griffin & Murphy, LLP, as his counsel of record in this matter.

Dated: August 6, 2007

                                              <u>/s/ J. Gordon Forester, Jr.</u>
                                              J. Gordon Forester, Jr., D.C. Bar No. 4474
                                              Law Offices of J. Gordon Forester, Jr.
                                              1912 Sunderland Place NW
                                              Washington, DC 20036
                                              (202) 293-3353

## Consent of Plaintiff

I hereby consent to the withdrawal of J. Gordon Forester, Jr., as my co-counsel in this matter.

                                                <u>/s/ Mario J. Segreti</u>
                                                Mario J. Segreti, Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of August 2007, a true and exact copy of the foregoing Notice of Withdrawal was served by ECF upon:

J. Jonathan Schraub, Esquire
George O. Peterson, Esquire
SANDS ANDERSON MARKS & MILLER
1497 Chain Bridge Road
Suite 202
McLean, Virginia 22101

                                                  /s/ J. Gordon Forester, Jr.
                                                  J. Gordon Forester, Jr.