UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARIO J. SEGRETI, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) | Civil Action No. 07-287 (RBW) |
| A. MARK CHRISTOPHER, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

In accordance with a memorandum opinion entered this same date, it is

**ORDERED** that the defendants' Motion to Dismiss Second Amended Complaint Pursuant to [Federal Rule of Civil Procedure] 12(b)(6) is **DENIED**. It is further

**ORDERED** that the defendants shall file their answers to the plaintiff's second amended complaint on or before March 10, 2008.

**SO ORDERED** this 29th day of February, 2008.

REGGIE B. WALTON
United States District Judge