UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARIO J. SEGRETI | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-00287-RBW |
| | ) | |
| A. MARK CHRISTOPHER, et al. | ) | |
| | ) | |
|     Defendants | ) | |

## JOINT STATUS REPORT

Plaintiff Mario J. Segreti (hereafter "Plaintiff") and Defendants A. Mark Christopher, Herge, Sparks & Christopher, LLP, Vaughan, Fincher & Sotelo, P.C., and J. Curtis Herge (hereafter collectively as "Defendants"), by their respective counsel, file this Joint Status Report as ordered by this Court in its March 26, 2008 minute order.

On March 26, 2008, this Court granted the parties' joint motion for a stay of this matter pending the resolution of Plaintiff's appeal in the District of Columbia Court of Appeals of Mario J. Segreti v. Luke DeIuliis, D.C. Superior Court, Probate Division, Adm. No. 652-04 ("Appeal Matter"). The status of the Appeal Matter is that all briefs of both Appellants and Appellees have been filed but no date for oral arguments has been set by the District of Columbia Court of Appeals as of the filing of this report.

Dated: May 27, 2008

Respectfully submitted,

SANDS ANDERSON MARKS & MILLER
A Professional Corporation

/s/ George O. Peterson
_____
J. Jonathan Schraub    (DC Bar No. 950816)
George O. Peterson    (DC Bar No. 478050)
1497 Chain Bridge Road
Suite 202
McLean, Virginia  22101
(703) 893-3600
(703) 893-8484 (facsimile)
*Counsel for Defendants*

GRIFFIN & MURPHY, LLP

/s/ Ashley E. Wiggins
_____
Ashley E. Wiggins    (DC Bar No. 481557)
Mark G. Griffin    (DC Bar No. 198978)
1912 Sunderland Place, N.W.
Washington, D.C. 20036
(202) 429-9000
(202) 232-7365 (facsimile)
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of May, 2008, a true and correct copy of the foregoing Joint Status Report was served, by ECF upon:

George O. Peterson, Esq.
SANDS ANDERSON MARKS & MILLER
1497 Chain Bridge Road, Suite 202
McLean, Virginia  22101
*Counsel for Defendants*

/s/ Ashley E. Wiggins
_____
Ashley E. Wiggins

2