UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARIO J. SEGRETI | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-00287-RBW |
| | ) | |
| A. MARK CHRISTOPHER, et al. | ) | |
| | ) | |
|     Defendants | ) | |

## STIPULATION OF DISMISSAL

TO THE CLERK:

Pursuant to FRCVP 41(a)(1)(ii), Plaintiff Mario Segreti and Defendants A. Mark Christopher, Herge, Sparks & Christopher, LLP, Vaughan, Fincher & Sotelo, P.C., and J. Curtis Herge, through their respective counsel, representing all parties who have appeared in this action, hereby dismiss this action in its entirety.

Date: August 24, 2009

Respectfully submitted,

GRIFFIN & MURPHY, LLP

/s/ Ashley E. Wiggins
_____
Ashley E. Wiggins     (DC Bar No. 481557)
Mark G. Griffin       (DC Bar No. 198978)
1912 Sunderland Place, N.W.
Washington, D.C. 20036
(202) 429-9000
(202) 232-7365 (facsimile)
*Counsel for Plaintiff*

                SANDS ANDERSON MARKS & MILLER
A Professional Corporation

/s/ George O. Peterson
J. Jonathan Schraub    (DC Bar No. 950816)
George O. Peterson    (DC Bar No. 478050)
1497 Chain Bridge Road
Suite 202
McLean, Virginia  22101
(703) 893-3600
(703) 893-8484 (facsimile)
*Counsel for Christopher, Herge, Sparks & Christopher, and J. Curtis Herge*

/s/ Matthew W. Lee
Matthew W. Lee (DC Bar No. 460183)
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
(703) 245-9300
*Counsel for Defendant Vaughan, Fincher, & Sotelo, P.C*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of August, 2009, a true and correct copy of the foregoing Stipulation of Dismissal was served, by ECF upon:

George O. Peterson, Esq.
SANDS ANDERSON MARKS & MILLER
1497 Chain Bridge Road, Suite 202
McLean, Virginia  22101
*Counsel for Christopher, Herge, Sparks & Christopher, and J. Curtis Herge*

Matthew W. Lee (DC Bar No. 460183)
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
(703) 245-9300
*Counsel for Defendant Vaughan, Fincher, & Sotelo, P.C*

                /s/ Ashley E. Wiggins
                Ashley E. Wiggins